UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMADOR LOPEZ and JASMINE LOPEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY; GALPIN FORD; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-07571-JAK-JC<br><br>**ORDER RE JOINT STIPULATION REMANDING TO SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES FROM UNITED STATES DISTRICT COURT (DKT. 20)**<br><br>**JS-6: Remand** |

Based on a review of the parties' Joint Stipulation Remanding to Superior Court of the State of California for the County of Los Angeles from United States District Court (the "Stipulation" (Dkt. 20)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **GRANTED** and this action is **REMANDED** to the Los Angeles Superior Court, Case No. 19STCV26294, at its Stanley Mosk Courthouse, 111 North Hill St., Los Angeles, California.

IT IS SO ORDERED.

Dated: January 8, 2020  _____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE